**FILED**

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

No. DA 20-0083

# In the Supreme Court of the State of Montana

GREENFIELDS IRRIGATION DISTRICT, *et al.*,

*Defendants-Appellants,*

v.

STATE OF MONTANA, DNRC, *et al.*,

*Plaintiffs-Appellees.*

---

On Appeal from the First Judicial District, Lewis and Clark County
The Honorable Michael F. McMahon, Presiding

---

## Order Granting Unopposed Motion for Extension of Time

---

Pursuant to Mont. R. App. P. 26(1), Appellants are granted a 30-day

extension of time up to and including May 26, 2020, to file their opening brief.

Dated this _____ day of April, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 15 2020